IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00121-CR

 

Leslie Husfeld,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 85th District Court

Brazos County, Texas

Trial Court # 04-02922-CRF-85

 



MEMORANDUM Opinion



 








          Leslie
Husfeld was convicted of possession of a controlled substance and sentenced to
ten years in prison, probated for five years. 
No appeal was taken.  Less than
three months later, the trial court modified the terms and conditions of
Husfeld’s community supervision.  Husfeld
now appeals.

          As
the trial court correctly pointed out in its certificate of defendant’s right
of appeal, an order modifying the terms and conditions of community supervision
is not reviewable by direct appeal.  Basaldua v State, 558 S.W.2d 2, 5 (Tex.
Crim. App. 1977); Rice v. State, No.
10-04-00086-CR, 2004 Tex. App. LEXIS 5664 (Tex. App—Waco June 23, 2004, no pet.) (not designated for publication).

          Accordingly,
the appeal is dismissed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeal
dismissed

Opinion
delivered and filed March 23, 2005

Do
not publish

[CR25]